**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
GERARD MICHAEL YATES,

        Plaintiff,

    - against -

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
-------------------------------------------------------X

**JUDGMENT**
CV-12-0449 (ADS)

    A Stipulation and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on June 27, 2012, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g), remanding plaintiff's claim for further administrative proceedings consistent with the June 27, 2012 Stipulation and Order, including a new hearing and a new decision, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

    **ORDERED AND ADJUDGED** that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), plaintiff's claim is remanded for further administrative proceedings consistent with the June 27, 2012 Stipulation and Order, including a new hearing and a new decision; and that this case is hereby closed.

Dated: Central Islip, New York
         July 9, 2012

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                              By:  /s/ Catherine Vukovich
                                        Deputy Clerk